FILED
2018 FEB 27  PM 12: 31
CLERK US DISTRICT COURT
WESTERN DIST TEXAS
BY_____
                  DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JENNIFER ROESNER, INDIVIDUALLY AND AS NEXT FRIEND OF C. J., a Minor<br><br>*Plaintiffs,*<br><br>vs.<br><br>ERICK D. MEJIA VARELA AND HOBBY LOBBY STORES, INC.,<br><br>*Defendants.* | CASE NO. 1:17-cv-01058-LY<br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

**ON THIS DAY** came on to be heard the above-entitled and numbered cause, and the Court after consideration of the pleadings on file, and the evidence presented, finds that it has jurisdiction over the parties and subject matter of this cause.

It is, therefore, **ORDERED** that any and all claims and causes of action made by Plaintiffs JENNIFER ROESNER, INDIVIDUALLY AND AS NEXT FRIEND OF C.J., A MINOR, against Defendants, ERICK D. MEJIA VARELA and HOBBY LOBBY STORES, INC. are hereby dismissed with prejudice to the re-filing of same.

It is further, **ORDERED** that all costs of court be taxed against the party incurring same.

This Order disposes of all parties and all claims and is final and appealable. All other relief not expressly provided for herein is denied.

**IT IS SO ORDERED.**

SIGNED on this the _27th_ day of _February_ 2018.

_____
UNITED STATES DISTRICT JUDGE