IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 FEB 27   PM 12: 34

| | | |
|---|---|---|
| JENNIFER ROESNER, INDIVIDUALLY AND AS NEXT FRIEND OF C.J., A MINOR,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>ERICK D. MEJIA VARELA AND HOBBY LOBBY STORES, INC.,<br>　　　　DEFENDANTS. | § § § § § § § § § § § | CAUSE NO. 1:17-CV-1058-LY |

### ORDER

Before the court is the above styled and numbered cause. On this same date, the court rendered an order dismissing this case with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

SIGNED this _27th_ day of February, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE